UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE ANDERSEN**

IN RE LETTER OF REQUEST FOR )
INTERNATIONAL JUDICIAL )   **No. 02C 6511**
ASSISTANCE FROM THE CIRCUIT )
COURT II OF GDANSK, POLAND )

**DOCKETED SEP 1 3 2002**

Judge **MAGISTRATE JUDGE ASHMAN**

EX PARTE PETITION FOR AN
ORDER UNDER 28 U.S.C. § 1782

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, petitions this court for an order pursuant to 28 U.S.C. § 1782. In support, the United States provides the following:

1. This petition is made pursuant to a Letter of Rogatory executed on October 15, 2001, issued under the Convention on the Taking of Evidence Abroad in Civil and Commercial Matters ("Hague Convention") in the above identified court in a divorce action entitled *Jadwiga Lademann v. Jan Lademann*. The letters of request and the rogatory questions executed in the Polish language together with an English translation from Polish are attached hereto as Exhibit A.

2. This petition is made on the grounds that Jan Lademann, a resident of this district, having been asked to voluntarily provide answers under oath for the purposes stated in the Letter Rogatory, has refused to voluntarily comply therewith. Since April 2002, the United States Attorneys Office has attempted to contact Jan Lademann by certified letter, but he has failed to respond. Confirming that Mr. Lademann resides in this district, a certified mail receipt was signed and returned to the United States Attorney's Office in April 2002. *See* Certified Mail Receipt, attached as exhibit B; letter from U.S. Attorney's Office to Jan Lademann, attached as exhibit C.

3. Under Article VI of the United States Constitution, treaty provisions, such as those governing this petition, are the law of the land, on an equal footing with acts of Congress, and are

1-1

binding on the Courts. *See Bell v. Clark*, 437 F.2d 200, 203 (4th Cir. 1971); *In Re Letter Rogatory from Local Court*, 154 F.R.D. 196, 199 (N.D. Ill. 1994).

4. The Hague Convention affords each signatory nation the use of the judicial processes of other signatory nations where such assistance is needed in civil or commercial matters, "to facilitate the transmission and execution of Letters of Request and to further the accommodation of the different methods which they use for this purpose." *Preamble to the Hague Convention*. Both Poland and the United States are signatories to the treaty.

5. The Hague Convention provides at Article 10 that:

> In executing a Letter of Request the requested authority shall apply the appropriate measures of compulsion in the instances and to the same extent as are provided by its internal law for the execution of orders issued by the authorities of its own country or of requests made by parties in internal proceedings.

Furthermore, Article 9 of the Hague Convention provides, in pertinent part:

> The judicial authority which executes a Letter of Request shall apply its own law as to the methods and procedures to be followed.
>
> * * *
>
> A Letter of Request shall be executed expeditiously.

6. Title 28, United States Code, Section 1782 sets forth the authority of this Court to order the production of evidence for use in a proceeding in a foreign country. A stated purpose for which Congress enacted the statute was "to improve United States judicial procedures for . . . obtaining evidence in the United States in connection with proceedings before foreign and international tribunals . . ." 1964 U.S. Code Cong. & Ad. News 3782. *See In re Request for Assistance from Ministry of Legal Affairs of Trinidad and Tobago*, 648 F. Supp. 464, 466-67 (S.D. Fla. 1986), *aff'd*, 848 F.2d 1151 (11th Cir. 1988), *cert. denied*, 109 S. Ct. 784 (1989). Pursuant to

Section 1782, the federal district court has authority to order a person residing within its district to produce a document or other thing for use in a proceeding in a foreign or international tribunal. The court may direct that the document or other thing be produced before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the evidence on behalf of the foreign tribunal. 28 U.S.C. § 1782.

7. The letter of request and the questions to be answered under oath were transmitted to the Office of Foreign Litigation, Civil Division, Department of Justice in Washington, D.C. ("Justice Department") under the Hague Convention.

8. The letter of request was executed by a Provincial Court Judge in Gdansk, Poland and transmitted to the Justice Department to obtain testimony of Jan Lademann.

WHEREFORE, the United States petitions the court pursuant to 28 U.S.C. § 1782 to compel the testimony of Jan Lademann for the above-stated reasons, and to appoint the undersigned Assistant United States Attorney, or another Assistant United States Attorney in his place, as commissioner for purposes of providing judicial assistance and executing the letters of request from the Circuit Court II in Gdansk, Poland.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: _____
> PRESTON L. PUGH
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-1996

# REQUEST/DEMANDE/WNIOSEK

FOR OBTAINING EVIDENCE OR PERFORMING SOME OTHER JUDICIAL ACT
Par commission rogatoire, d'accomplir des actes d'instruction ou d'autres actes judiciaires
O przeprowadzenie dowodu lub wykonanie innych czynności sądowych.
COURT
Tribunal ( l'autorité requérante)
**Sąd Okręgowy w Gdańsku Wydział II Cywilny ul. Nowe Ogrody 30-34, 80-958 Gdańsk**
IN **Circuit Court II Civil Division in Gdańsk**
à
W **Gdańsku**
THE REPUBLIC OF POLAND
République de Pologne
Rzeczpospolita Polska

REFERENCE NUMBER OF THE CASE
(REPLYING PLEASE GIVE THE REFERENCE NUMBER)
Numéro de référence du dossier
( à mentionner dans la réponse )
Sygnatura sprawy **IIC 1568/01, A.541/419/01/Oz**
(sygnaturę proszę podać przy odpowiedzi)
TO
(THE DESCRIPTION OF THE REQUESTED AUTHORITY)
A
(désignation de l'autorité requise)
Do: **Department of Justice of the United States Office of International Judicial Assistance, Washington D.C. 20530**
(nazwa organu wezwanego)

PLAINTIFF/PETITIONER
FIRST NAME.LAST NAME.ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
Demandeur/Demanderesse
(prenom, nom, domicile, nom et siège pour personne morale)
W sprawie powoda **Jadwiga Lademann ur.(born) 17.07.1954 r. zam. (res.) 81-969 Gdynia, ul. Dachnowskiego 12**
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE)
représenté(e) par
(prenom, nom, domocile du mandataire)
reprezentowanego przez:
(imię, nazwisko, adres pełnomocnika)
VERSUS:DEFENDER
(FIRST NAME, LAST NAME, ADDRESS OR THE PLACE OF RESIDENCE OF ENTITY)
contre: défendeur/ défenderesse
(prenom, nom, domicile, nom et siège pour personne morale)
przeciwko **Jan Lademann ur.(born) 15.08.1949 r. zam. (res.) 5624 J. W. NEWPORT Ave. Chicago IL 60634 USA**
(imię, nazwisko, adres lub nazwa i siedziba osoby prawnej)
REPRESENTED BY
(FIRST NAME, LAST NAME, ADDRESS OF THE LEGAL REPRESENTATIVE
représenté(e) par
(prenom, nom, domicile du mandataire)
reprezentowanemu przez:
(imię, nazwisko, adres pełnomocnika)

KIND AND THE SUBJECT OF THE PROCEEDINGS:
la nature et l'objet litige:
rodzaj i przedmiot postępowania: **rozwód/ divorce**




PURSUANT TO THE ARTICLE 1 OF THE CONVENTION OF MARCH 18TH, 1970 ON THE TAKING OF EVIDENCE ABROAD IN A CIVIL OR COMMERCIAL MATTERS THE COURT KINDLY REQUESTS FOR:
Le tribunal sesmentionné demande par commission rogatoire (Convention sur l'obtention des preuves à l'étranger en matière civile ou commerciale, du 18 mars 1970, article 1):
Zgodnie z art. 1 Konwencji z dnia 18 marca 1970 o przeprowadzenie dowodów za granicą w sprawach cywilnych i handlowych uprzejmie prosi o:

1) HEARING THE WITNESS/PARTHY
(FIRST NAME, LAST NAME, ADDRESS)
d'entendre le témoin/la partie
(prenom, nom, domicile)
przesłuchanie strony **Jan Lademan ur.(born) 15.08.1949 r. zam.(res.) 5624 J.W. NEWPORT Ave. Chicago IL 60634 USA**
(imię, nazwisko, adres)
THE LIST OF THE QUESTIONS ATTACHED.
Questionnaire de commission rogatoire ci-joint.
Lista pytań w załączeniu.

THE COURT KINDLY REQUESTS FOR HEARING WITNESS/PARTY:
Le Tribunal demande à ce que dépositions du témoin/de la partie:
Sąd uprzejmie prosi, aby zeznania strony: **Jan Lademann**
AFTER INFORMING HIM ON CRIMINAL LIABILITY FOR FALSE OR MISLEADING STATEMENTS/
AFTER TAKING AN OATH IN THE APPROPRIATE WAY PROVIDET BY LAW IN FORCE*
ayant été rendu(e) attentif (attentive) aux sanctions pénales encourues pour faux témoignage/ après avoir prêté serment (fait promesse) dans le respect des formes prescrites par la loi locale applicable*
po uprzedzeniu o odpowiedzialności karnej za złożenie fałszywych zeznań/ po odebraniu przyrzeczenia (przysięgi) w formie przewidzianej prawem miejscowym* (zaznacz właściwe)
THAT SHOULD BE RECORDED AND SIGNED BY THE PERSON IN QUESTION.
soient consignées dans le procès-verbal et signée par la personne entendue.
zostały zaprotokołowane i własnoręcznie przez przesłuchaną podpisane.

2) PERFORMING SOME OTHER JUDICIAL ACTS:
de procéder à d'autres actes judiciaires:
o dokonanie innych czynności sądowych:
THE MENTIONED BELOW PERSON(S) SHOULD BE INFORMED ON THE DATE AND PLACE OF PERFORMING THE EVIDENCE:
La date et le lieu de l'exécution de la commission rogatoire doivent être communiqués à
O terminie i miejscu przeprowadzenia czynności dowodowej należy zawiadomić:
THE COURT KINDLY ASKS FOR PROVIDING THE RECORDS OR ANY OTHER DOCUMENTS WHICH WERE DONE IN THE CASE TO THE REQUESTING AUTHORITY AFTER EXECUTION OF THE REQUEST.
Ayant exécuté la commision rogatoire l'autorité requise est priée de remettre à l'autorité requérante le procès-verbal ou tout autre document dressé au cours de l'instruction de la mesure sollicitée.
Po wykonaniu wniosku Sąd uprzejmie prosi o przesłanie protokołu bądź innych dokumentów sporządzonych w sprawie do organu wzywającego.

SEAL OF THE COURT/Sceau du Tribunal/ Pieczęć Sądu
**Sędzia Sądu Okręgowego w Gdańsku
Judge of the Circuit court in Gdańsk**

**mgr Wiesława Kamińska- Krajka**
SATURE OF JUDGE/Signature du Juge/ Podpis Sędziego

DONE AT/THE
Fait á/le
Sporządzono w **Gdańsku** dnia **15.10.2001 r.**

*Sygn. akt IIC 1568/01*

## STAN FAKTYCZNY

*Pozwem z dnia 11 maja 2001 r. powódka Jadwiga Lademann wniosła o rozwiązanie jej małżeństwa z Janem Lademann przez rozwód bez orzekania o winie stron.*

*W uzasadnieniu podała, że do 1997 r. tj. do czasu wyjazdu pozwanego do USA układało się w miarę dobrze. W miarę upływu czasu wzajemne więzi łączące strony zaczęły słabnąć i wygasać. Pozwany w dalszym ciągu zamieszkuje w USA i nie ma zamiaru powrócić do kraju.*

*Postanowieniem z dnia 17 września 2001 r. Sąd Okręgowy w Gdańsku na mocy art. 437 kpc zaniechał przeprowadzenia posiedzenia pojednawczego.*

*Z uwagi na konieczność ustalenia jakie stanowisko pozwany zajmuje w sprawie Sąd Okręgowy zwraca się z uprzejmą prośbą o przesłuchanie pozwanego w trybie art. 304 kpc w charakterze strony poprzez udzielenie odpowiedzi na pytania zawarte w liście pytań.*

## LISTA PYTAŃ

1. *Czy wyraża Pan zgodę na rozwód bez orzekania o winie stron? Jeśli nie z jakich przyczyn?*
2. *Czy przyznaje Pan okoliczności podane w pozwie?*
3. *Czy zgłasza Pan wnioski dowodowe?*
4. *Gdzie i w jakim charakterze jest Pan zatrudniony i ile Pan zarabia: jakie jest Pana obywatelstwo?*
5. *Czy ustanawia Pan pełnomocnika procesowego lub pełnomocnika do doręczeń zamieszkałego w Polsce (zgodnie z doręczonym pouczeniem) Proszę podać jego nazwisko i adres.*

*Gdańsk, dnia 15.10.2001 r.*

Sędzia Sądu Okręgowego
w Gdańsku
mgr Wiesława Kamińska-Krajka

**Ireneusz Gorczyński MA, MD**
Sworn Translator of the English Language
with the registered office in Gdańsk
appointed by the Provincial Court in Gdańsk

*Certified translation from the Polish language --------*
==========================================================================
File No. IIC 1568/01

## FACTS OF THE CASE

By way of a petition dated 11 May 2001, petitioner Jadwiga Lademann moved that her marriage with Jan Lademann be dissolved by way of divorce without deciding about guilt of the parties.

The petitioner stated in the substantiation that until 1997 i.e. until the respondent's departure for the USA the conjugal life of the parties was a moderate success. With the passage of time the ties between the parties started to weaken and sever. The respondent still lives in the USA and does not intend to return to Poland.

By way of a decision of 17 September 2001 the Provincial Court in Gdańsk abandoned the carrying out of a reconciliation sitting under art. 437 of the Code of Civil Procedure.

In view of the need to ascertain the respondent's position on the case, the Provincial Court in Gdańsk kindly requests that the respondent be heard under art. 304 of the Code of Civil Procedure as a party by giving answers to questions contained in the list of questions.

## LIST OF QUESTIONS

1. Do you consent to the divorce without deciding about guilt of the parties? If not, for what reasons?
2. Do you confirm the circumstances stated in the petition?
3. Are you filing any motions as to evidence?
4. Where and in which capacity are you employed and how much do you earn? What is your citizenship?
5. Do you appoint an attorney ad litem or an agent for delivery domiciled in Poland (as per the instruction served). Please give his/her name and address.

Gdańsk, 15 October 2001

[*Round seal with the state emblem of the Republic of Poland in the center and inscription in the rim:*] Provincial Court * 2 * in Gdańsk *

Provincial Court Judge in Gdańsk
Wiesława Kamińska-Krajka ML
[*signature illegible*]

==========================================================================
*I certify that the foregoing is to the best of my knowledge and belief a true and correct translation of the original document. Gdańsk, Poland, 12 November 2001. Fee: 54.52. Reg. No. 148/2001. ---------*



[*Certified translation, page 1 of 1*]

**Ireneusz Gorczyński MA, MD**
Sworn Translator of the English Language
with the registered office in Gdańsk
appointed by the Provincial Court in Gdańsk

*Certified translation from the Polish language --------*
================================================================

Wejherowo, 8 May 2001

PROVINCIAL COURT
II Civil Department
in Gdańsk

       **Petitioner:**   Jadwiga Lademan
                         domiciled at Gdynia
                         ul. Dachnowskiego 12

       **Respondent:** Jan Lademan
                         domiciled at 5624 J.W. NEWPORT Ave. Chicago IL 60634
                         USA

## Petition for Divorce

Acting on my own behalf I move that:

1. The marriage between petitioner Jadwiga Lademan and respondent Jan Lademan contracted on 26 May 1979 at the Registrar's Office in Gdynia be dissolved by divorce without a decision on guilt of the parties.
2. The reconciliation sitting be abandoned under art. 437 of the Code of Civil Procedure as appearance of respondent Jan Lademan living in the USA for a few years meets obstacles difficult to overcome.
3. The decision on the costs of the trial be made in compliance with the regulations.

## SUBSTANTIATION

Petitioner Jadwiga Lademan and respondent Jan Lademan have been married since 1979 in which year they were married at the Registrar's Office in Gdynia.
Evidence:     - transcript of the certificate of marriage
From their marriage, the parties have two children, now adults. The children are students.
Having contracted marriage, the parties started living at ul. Dachnowskiego in Gdynia - in the house owned by the petitioner.
Until 1997 i.e. until the respondent's departure from Poland, the conjugal life of the parties was relatively good. However, there were conflicts and misunderstandings even at that time. Until the respondent's departure from Poland the parties managed housekeeping together.

In June 1997, i.e. nearly four years ago, Jan Lademan went to the USA on the basis of a temporary visa. He started work and continued to extend his stay. The respondent has been living in the USA to date. With the passage of time, the ties between the parties started to weaken and sever. The respondent was taking less and less interest in the petitioner and in practice the contact between the parties is limited to occasional telephone conversations. The respondent declares that he does not intend to return to Poland.

As a result of discussions, the parties jointly arrived at a conclusion that in view of long-term separation, total and complete disintegration of matrimonial life and also due to cessation of emotional ties, they see no chances of maintaining their marriage and both wish that it be dissolved by way of divorce without a decision on guilt of the parties.

At the moment, the petitioner is unemployed, she is however starting her own business as from May 2001. The petitioner is unable to specify the proceeds from the business.

[*illegible signature*]
Jadwiga Lademan

================================================================
*I certify that the foregoing is to the best of my knowledge and belief a true and correct translation of the copy document. Gdańsk, Poland, 12 November 2001. Fee: PLN 81.78. Reg. No. 145/2001. --------*



Wejherowo, 8 maja 2001 r.

SĄD OKRĘGOWY
Wydział II Cywilny
**w Gdańsku**

**Powódka:** Jadwiga Lademan
zam. Gdynia, ul. Dachnowskiego 12

**Pozwany:** Jan Lademan
zam. 5624 J.W. NEWPORT Ave. Chicago IL 60634
USA

## Pozew o rozwód

Działając w imieniu własnym wnoszę:

1. o rozwiązanie związku małżeńskiego pomiędzy powódką Jadwigą Lademan oraz pozwanym Janem Lademan zawartego dnia 26.05.1979r. w USC w Gdyni – przez rozwód bez orzekania o winie stron,
2. o zaniechanie na zasadzie art. 437 kpc posiedzenia pojednawczego, albowiem stawiennictwo pozwanego Jana Lademan zamieszkałego od kilku lat w USA – napotyka na trudne do przezwyciężenia przeszkody,
3. o orzeczenie o kosztach procesu według norm prawem przepisanych.

## UZASADNIENIE

Powódka Jadwiga Lademan oraz pozwany Jan Lademan są małżeństwem od 1979r., kiedy to zawarli związek małżeński w USC w Gdyni.
Dowód: odpis aktu małżeństwa
Z tego związku strony mają 2 dzieci, obecnie pełnoletnich. Dzieci obecnie studiują.
Po zawarciu związku małżeńskiego strony zamieszkały w Gdyni przy ul. Dachnowskiego – w domu stanowiącym własność powódki.
Pożycie stron do 1997r. tj. do czasu wyjazdu pozwanego z Polski układało się względnie dobrze. Jednak już wówczas występowały konflikty i nieporozumienia. Aż do czasu wyjazdu pozwanego z kraju strony prowadziły wspólne gospodarstwo domowe.

W czerwcu 1997r. tj. przed blisko 4 laty Jan Lademan wyjechał do USA na podstawie wizy czasowej. W Stanach Zjednoczonych pozwany podjął pracę i jednocześnie przedłużał swój pobyt. W USA pozwany mieszka aż do chwili obecnej. W miarę upływu czasu wzajemne więzi łączące strony zaczęły słabnąć i wygasać. Pozwany coraz mniej interesował się powódką i w praktyce kontakty stron ograniczają się do sporadycznych rozmów telefonicznych. Pozwany twierdzi, że nie ma zamiaru wracać do Polski.

W wyniku podjętych rozmów strony wspólnie doszły do wniosku, że wobec długotrwałej separacji, całkowitego i zupełnego rozkładu pożycia, a także w wyniku ustania więzi emocjonalnych - nie widzą żadnych szans na utrzymanie małżeństwa i obydwoje chcą jego rozwiązania przez rozwód bez orzekania o winie stron.

Powódka aktualnie pozostaje bez pracy z tym jednak, że od miesiąca maja 2001r. podejmuje własną działalność gospodarczą. Powódka nie jest w stanie określić jakie dochody będzie uzyskiwała z tej działalności.

/-/ Jadwiga Lademan

**Receipt for Certified Mail**
US Postal Service
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

PS Form 3800, April 1995

Sent to: Mr. Jan Lademann
Street & Number: 5624 J.W. Newport Av.
Post Office, State, & ZIP Code: Chicago, IL 60634

Postage $
Certified Fee
Special Delivery Fee
Restricted Delivery Fee
Return Receipt Showing to Whom & Date Delivered
Return Receipt Showing to Whom, Date, & Addressee's Address
TOTAL Postage & Fees $
Postmark or Date

CERTIFIED MAIL

Z 164 863 074

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jan Lademann
5624 J.W. Newport Avenue
Chicaggo, Illinois 60634

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

Z 164 863 074

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Preston L. Pugh
Assistat U..S. Attorney
U.S. Department of Justice
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604



GOVERNMENT EXHIBIT
B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Jan Lademann<br>24 J.W. Newport Avenue<br>Chicago, Illinois 60634 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | |
| 2. Article Number *(Copy from service label)* | Z 164 863 074 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952



---



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Preston L. Pugh*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-1996*<br>*Fax: (312) 886-4073* |

April 11, 2002

Mr. Jan Lademann
5624 J. W. Newport Avenue
Chicago, Illinois 60634
*Via certified mail*

      Re:    Request for International Judicial Assistance
from the Circuit Court in Gdansk, Poland; Matter of Jan Lademann

Dear Mr. Lademann:

      The enclosed documents have been transmitted to the United States Department of Justice from the the Circuit Court in Gdansk, Poland, pursuant to the Hague Evidence Convention. As you can see, the documents contain several questions which are intended to be answered by you under oath. Please contact me at (312) 353-1996 to discuss this matter. Please be advised that, if you do not cooperate with this request voluntarily, we shall request that the United States District Court issue appropriate orders, pursuant to 28 U.S.C. § 1782, compelling your compliance.

                           Very truly yours,

                           PATRICK J. FITZGERALD
                         United States Attorney

By:
      PRESTON L. PUGH
      Assistant United States Attorney

Enclosures


GOVERNMENT
EXHIBIT
C

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

IN RE LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE CIRCUIT COURT OF GDANSK, POLAND

**DEFENDANTS**

**DOCKETED**
SEP 13 2002

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**JUDGE ANDERSEN**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

U.S. Department of Justice
U.S. Attorney Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
Attn.: Preston L. Pugh, AUSA (312) 353-1996

ATTORNEYS (IF KNOWN)

**02C 6511**

**MAGISTRATE JUDGE ASHMAN**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1782

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Fees | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: September 12, 2002

SIGNATURE OF ATTORNEY OF RECORD
Preston L. Pugh, AUSA

UNITED STATES DISTRICT COURT